United States Bankruptcy Court
District of Massachusetts

In Re:                                                  David J. Howe
                                                           Case No: 10-43053 MSH
                                                           Chapter 7

Kevin M. Carroll

                                   Debtor

United States Trustee

                                   Plaintiff

                       v.                                            Adv. Proc. No. 11-4080

David J. Howe

                                   Defendant

### **ORDER OF DISMISSAL**

      This Adversary Proceeding relates to case number 10-43053 which was dismissed on 9/14/2012.

      Accordingly, it is ORDERED that this proceeding be, and hereby is, dismissed for lack of jurisdiction.

Ordered

*[signature]*

U.S. Bankruptcy Judge
Date: October 1, 2012

                                                             *Lisa LaDue*
                                                            Deputy Clerk

                                                            Entered On the Docket
                                                            October 1, 2012